**Initial Civil Case Assignment (Random)**

Case 3:21-cv-00068 has been randomly assigned to:
presiding Judge Henry E. Hudson from deck R-Civil (Pro Se Cases)

Assign another case (Random)?

Process Assignment Labels

2/9/2021 Case 3:21-cv-00068-HEH Document 1 Filed 02/09/21 Page 1 of 9 PageID# 1

**Initial Civil Case Assignment (Random)**

Case 3:21-cv-00068 has been randomly assigned to:
presiding Judge Henry E. Hudson from deck R-Civil (Pro Se Cases)



Janay Jones

PO Box 74284, North Chesterfield, Va near [23236]

Filed using Certified Mail# 7020-1290-0001-8092-2076

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK ) | 3:21-cv-00068 |
| Plaintiff | ) CASE NO. GV21000372-00 |
| Vs | ) NOTICE OF REMOVAL OF ACTION UNDER 28 USC |
| Janay Jones | ) § 1441(b) (FEDERAL QUESTION) |
| Defendant | ) |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the defendant Janay Jones hereby removes this Court the state court action described below.

1. On or about 1/20/2021, an action was commenced by Plaintiff in the CHESTERFIELD GENERAL DISTRICT COURT entitled AMERICAN EXPRESS NATIONAL BANK, vs. Janay Jones, Defendant, Case Number GV21000372-00.

2. Defendant case summons were served on January 26, 2021 and received a copy of Plaintiff's complaint on January 26th, 2021. Pursuant to 28 U.S.C. § 1446(b), this notice has been timely filed. A certified copy of the Warrant In Debt was received upon the defendant in the state court action are attached hereto and referred to collectively as "Exhibit B".

3. This Action is a Civil Action of which this court has Original Jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under a treaty of the United States commonly referred to under the Constitution.

WHEREFORE, Defendant Janay Jones prays that this action be removed to the United States District Court Eastern District of Virginia.

By: _____

Janay Jones, PO Box 74284, North Chesterfield, Va near [23236]

Contact: jnjones89@gmail.com



# EXHIBIT B

**WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)**
Commonwealth of Virginia   VA. CODE § 16.1-79

Third Party Service
The Marston Agency, Inc.

Chesterfield
........................................ General District Court
CITY OR COUNTY

9500 Courthouse Road Chesterfield, VA 23832-0144
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).
TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on
March 4, 2021 at 9:00am
RETURN DATE AND TIME ........... to answer the Plaintiff(s)' civil claim (see below)

1/20/21
DATE ISSUED
[ ] CLERK  [✓] DEPUTY CLERK  [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ $7,899.31 ...... net of any credits, with interest at ...0.... % from date of .Judgment... until paid,
$ $61.00 ...... costs and $ $.00 ...... attorney's fees with the basis of this claim being

[✓] Open Account [ ] Contract [ ] Note [ ] Other (EXPLAIN)
Nonpayment of open account.

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [✓] NO  [ ] cannot be demanded

JAN 0 4 2021
DATE
[ ] PLAINTIFF  [✓] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ] ..........................................
for $ ...... net of any credits, with interest at .......... % from date
of ...... until paid, $ ...... costs and $ ...... attorney's fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CANNOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ..............................
[ ] NON-SUIT [ ] DISMISSED ..............................
Defendant(s) Present? [ ] YES
[ ] NO
DATE
JUDGE

FORM DC-412 (PAGE ONE OF TWO) 07/04 PDF

Original

---

CASE NO.
AMERICAN EXPRESS NATIONAL BANK
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

v.

Janay Jones   ss#***-**-3348
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

5707 Springmount Rd
Chesterfield VA 23832

**WARRANT IN DEBT**

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.
[ ] To dispute this claim, you must appear on the return date to try this case.
[✓] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ...... ORDERED ...... DUE
Grounds of Defense ...... ORDERED ...... DUE

ATTORNEY FOR PLAINTIFF(S)
Levy Law Firm Co., LPA
4452 Corporation Lane #315, Va Bch, VA 23462
Tel: (833) 283-7485
ATTORNEY FOR DEFENDANT(S)

Chesterfield General District Court
I, the undersigned clerk or deputy clerk of the above named court, authenticate pursuant to VA. Code § 8.01-391 (C) on this date that the document to which this authentication is affixed is a true copy of a record in the above-named court, made in the performance of my official duties.

1-26-2021
Date   [ ] Clerk   [✓] Deputy Clerk

---

HEARING DATE AND TIME

March 4, 2021
at 9:00am

E6-51746

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

DATE

CLERK

DISABILITY ACCOMMODATIONS for loss of hearing, vision, mobility, etc., contact the court ahead of time.

Janay Jones

PO Box 74284, North Chesterfield, Va near [23236]

## CLERK OF CHESTERFIELD GENERAL DISTRICT COURT

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK | ) |
| Plaintiff | ) CASE NO. GV21000372-00 |
| Vs | ) CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY |
| Janay Jones | ) OF REMOVAL TO FEDERAL COURT |
| Defendant | ) |

## CERTIFICATE OF SERVICE

I, Alex Harris hereby certify and declare the following:

1. I am over the age of 18 years, and not a party to this action
2. My address for my Business and Mailing address is 2500 North Van Dorn Street, Alexandria VA [22302]
3. On 1/27/2021 I deposited in the U.S. Mail at USPS Postal Office on 7501 Lady Blair Ln, North Chesterfield, VA 23236, a copy of the Notice to Adverse Party of Removal to the Federal Court dated 1/27/2021, a copy of which is attached to this Certificate.

I Declare that on this 1/27/2021 Date under penalty of perjury that the foregoing is true and correct.

Alex Harris

Page 1 of 2

## ACKNOWLEDGEMENT

State of Virginia

County of Chesterfield

SUBSCRIBED AND SWORN TO BEFORE ME this 27 day of January, 2021, Alex Harris personally known to me or upon identification to be the man whose name subscribed to the within instrument.

_Christiana A Bailey_ Seal;

[Notary seal: CHRISTIANA ALIZA BAILEY, NOTARY PUBLIC, REG # 7893557, MY COMMISSION EXPIRES 11/20/2024, COMMONWEALTH OF VIRGINIA]

Notary Public in and for said State

My commission expires 11/20/2024

**Page 2 of 2**

Janay Jones

PO Box 74284, North Chesterfield, Va near [23236]

Filed using Certified Mail# 7020-1290-0001-8072-2083

# NOTICE OF REMOVAL FROM CHESTERFIELD GENERAL DISTRICT COURT

# TO

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK ) | |
| Plaintiff | ) CASE NO. GV21000372-00 |
| Vs | ) NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL |
| Janay Jones | ) COURT |
| Defendant | ) |

**NOTICE OF REMOVAL TO FEDERAL COURT**

TO: LEVY LAW FIRM CO., LPA FOR PLAINTIFF:

NOTICE IS HEREBY GIVEN THAT a Notice of Removal of this Action is being filed in the United States District Court Eastern District of Virginia on or about 1/27/2021. A copy of said Notice of Removal is attached and is served and filed herewith.

DATED: 1/27/2021

By: _____

Janay Jones PO Box 74284, North Chesterfield, Va near [23236]

Contact: Jnjones89@gmail.com

Janay Jones
P.O. Box 74284
North Chesterfield, VA 23236

CERTIFIED MAIL
7020 1290 0001 8072 2076



U.S. POSTAGE PAID
FCM LG ENV
NORTH CHESTERFIELD, VA
23236
JAN 27, 21
AMOUNT
$7.65
R2304H109310-78

RETURN RECEIPT REQUESTED

United States District Court Eastern District of Virginia

700 East Broad Street, Suite 300
Richmond, VA 23219